UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ELIZABETH BINGHAM-PERRY,                          :

                Plaintiff,              :        12 Civ. 5294 (CS)

  - against-                                            :        **NOTICE DISMISSING ACTION PURSUANT TO**
JEFFREY R. PERRY,                                    :        **FED. R. CIV. PRO. 41(1)(A)**

                Defendant.         :        ECF Case
----------------------------------------------------------------x

**WHEREAS,** there is an action involving the parties herein pending in the Supreme Court of the State of New York, County of Westchester, entitled *Elizabeth Perry v. Jeffrey R. Perry,* Index no. 2151/1 1 (the "Matrimonial Action"), in which Plaintiff has sued Defendant for divorce; and

**WHEREAS,** on September 28, 2012, at approximately 3:30 P.M., in open court and on the record in the Matrimonial Action, Plaintiff Elizabeth Bingham-Perry, through her counsel in the Matrimonial Action and also directly, authorized Howard Foster, Esq., her lead counsel in the instant Federal action, to dismiss and discontinue this action, with prejudice.

**PLEASE TAKE NOTICE**, that, pursuant to Fed. R. Civ. Pro. 41(1)(A), Plaintiff hereby dismisses and discontinues the above-captioned action against Defendant, with prejudice, and without costs to any party. This notice may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
October 1, 2012

                                     Foster, P.C.
                                     *Attorneys for Plaintiff*
                                     *Elizabeth Bingham-Perry*
                                     *Admitted Pro Hac Vice*

                                     By: /s/ Howard Foster

                                     150 N. Wacker Drive, Suite 2150
                                     Chicago, IL 60606
                                     (312) 726-1600